UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW M. HOWLE,<br>Petitioner,<br>v.<br><br>NAPA DEPARTMENT OF CORRECTONS,<br>Respondent. | Case No. 18-04130 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |

On July 11 2018, Petitioner, a California state prisoner, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254.[1] (Docket No. 1.) On the same day, the Clerk sent Petitioner a notice informing him that he must either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days or else the case would be dismissed. (Docket No. 2.) On July 19, 2018, Petitioner filed a IFP application which is deficient because it does not include a prisoner trust account statement showing the last six-months of transactions and a Certificate of Funds in Prisoner's Account signed by a prison official. (Docket No. 5.)

---

[1] This matter was reassigned to this Court on July 27, 2018. (Docket No. 7.)

In the interest of justice, Petitioner shall be granted an extension of time to either pay the filing fee or file the necessary document, to support the IFP application filed. Petitioner shall file the necessary documents **no later than twenty-eight (28) days** from the filing date of this order.

**IT IS SO ORDERED.**

Dated: ___8/16/2018___

*signature*
BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file IFP App.
P:\PRO-SE\BLF\HC.18\04130Howle_eot-ifp.docx