UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW M. HOWLE,<br>Petitioner,<br>v.<br>NAPA DEPT. OF CORRECTIONS,<br>Respondent. | Case No. 18-04130 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __November 5, 2018__

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\EJD\HC.18\04130Howle_judgment.docx